# DAWN M. FLORIO LAW FIRM, PLLC

*Attorney & Counselors at Law*
488 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 939-9539
Facsimile: (347) 398-8062
DawnMFlorio@yahoo.com

> **REQUEST GRANTED.**
> The Status Conference previously set for June 28, 2022 is rescheduled to July 20, 2022 at 3:00PM in Courtroom 15C at the 500 Pearl Street Courthouse. The Court, with consent of all parties, excludes time from June 27, 2022 until July 20, 2022 under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), upon a finding that the interests of justice outweigh the interests of the public and the defendant in a speedy trial, in that the time between now and July 20 will allow parties to continue to discuss a potential pretrial disposition.
>
> 6/27/2022   SO ORDERED.
> LEWIS J. LIMAN
> United States District Judge

June 27, 2022

VIA ECF
Honorable Lewis J. Liman
United States District Judge
Daniel Patrick Moynihan
500 Pearl Street
New York, New York 10007-1312

RE:   *United States v. Carl Alston*
      1:21-CR-00769-LJL-1

Honorable Liman;

    I, Dawn M. Florio, attorney at law, represent Carl Alston on the above case matter that was dated for June 28, 2022 @ 3pm.

    I am still currently on trial with People v. Dushon Foster in front of Hon. McCarty in the Bronx, so I am not able to appear in person. I am requesting this case be adjourned for at least three (3) weeks for another in person appearance before your Honor. I have spoken to AUSA Camille Fletcher and she has consented to this adjournment to continue discussions for a possible disposition. I apologize to the court and all parties for the inconvenience this will cause and exclude time under the Speedy Trial Act until a date has been selected. I am requesting that this application be acknowledged and considered.

    Should your Honor have any questions or concerns, please feel free to contact my office at your earliest convenience.

Sincerely,

Dawn M. Florio

Dawn M. Florio, Esq.
*Attorney for Carl Alston*

CC:   All Counsel