**DAWN M. FLORIO LAW FIRM, PLLC**
*Attorney & Counselors at Law*
488 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 939-9539
Facsimile: (347) 398-8062
DawnMFlorio@yahoo.com

October 21, 2022

REQUEST GRANTED.
The Sentencing hearing previously set for November 3, 2022 is
RESCHEDULED to January 12, 2023 at 11:00AM in Courtroom
15C.  Defendant's sentencing submission due by December 29, 2022.
Government's sentencing submission due by January 5, 2023.

10/21/2022   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

*VIA ECF*
Honorable Lewis J. Liman
United States District Judge
Daniel Patrick Moynihan
500 Pearl Street
New York, New York 10007-1312

RE:   *United States v. Carl Alston*
      *1:21-CR-00769-LJL-1*

Honorable Liman;

I, Dawn M. Florio, attorney at law, represent Carl Alston on the above case matter that was dated for November 3, 2022 @ 2pm for sentencing.

I am currently on trial with People v. Mike Barreto in front of Hon. Michaels in the Bronx, so I am not able to appear in person.  Mr. Alston also has just completed his Pre-Sentence Interview last week and his report is not ready as of yet.  I am requesting at least a sixty (60) day adjournment for the report to be finalized, a new date for Defense Sentencing Memo as well as the Governments Memo to be completed and submitted to the court, so we can then appear for another in person appearance before your Honor.  I have spoken to AUSA Camille Fletcher and she has consented to this adjournment.  I apologize to the court and all parties for the inconvenience this will cause and exclude time under the Speedy Trial Act until a date has been selected.  I am requesting that this application be acknowledged and considered.

Should your Honor have any questions or concerns, please feel free to contact my office at your earliest convenience.

Sincerely,

Dawn M. Florio

Dawn M. Florio, Esq.
*Attorney for Carl Alston*

CC:   All Counsel