

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 10, 2023

**BY ECF**

> REQUEST GRANTED.
> The Sentencing hearing previously set for January 12, 2023 is rescheduled to January 17, 2023 at 3:00PM in Courtroom 15C at the 500 Pearl Street Courthouse.
>
> 1/11/2023   SO ORDERED.
>
> LEWIS J. LIMAN
> United States District Judge

Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *United States v. Carl Alston,* 21 Cr. 769 (LJL)

Dear Judge Liman,

The Government writes to request a brief adjournment of the sentencing scheduled for January 12, 2023 at 11:00 a.m. The Government seeks the adjournment because the Government is on trial before the Hon. Katherine Polk Failla in *U.S. v. Balde*, 20-cr-281. The Government understands from Chambers staff that the Court is available on January 17, 2023 at 3 p.m. The defense consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by:  Camille L. Fletcher
Camille L. Fletcher
Assistant United States Attorney
Southern District of New York
(212) 637-2383

cc: Dawn Florio, Esq. (via ECF)